**Fill in this information to identify your case:**

Debtor 1    **David Preston Addington**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number    **25-40890**
(if known)

☑ Check if this is an amended filing

# B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          **12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  |  | Unsecured claim |
|---|---|---|
| **1** **Edwin Bradley** **17 Keller Stret** **Petaluma, CA 94952** | **What is the nature of the claim?** Humboldt Growers Network, a California Corporation vs Piner Partners, a California general partnership, Sonoma County Superior Court Case No. MCV-251 | **$5,000.00** |

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
         Value of security:    -
         Unsecured claim

Contact

Contact phone

---

| **2** **Employment Development Department** **Bankruptcy Unit-MIC 92E** **Sacramento, CA 94280-0001** | **What is the nature of the claim?** | **$63,963.00** |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Case: 25-40890    Doc# 83    Filed: 11/21/25    Entered: 11/21/25 14:17:21    Page 1 of 6

**Does the creditor have a lien on your property?**

☑ No

☐ Yes. Total claim (secured and unsecured)

     Value of security:    -

     Unsecured claim

Contact

Contact phone

---

**3**

**Humboldt Growers Network,
c/o Ross B. Jones, Attorney at law
131A Stony Circle, #500
Santa Rosa, CA 95401**

**What is the nature of the claim?**    **298 Saint James Drive Piedmont, CA 94611 Alameda County APN: 51-4813-17 4 bedrooms 4,210 Sq. Feet Purchased 11/10/2015. Owner is "David Preston**    **$234,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No

☑ Yes. Total claim (secured and unsecured)    **$2,580,000.00**

     Value of security:    - **$2,346,000.00**

     Unsecured claim    **$234,000.00**

Contact

Contact phone

---

**4**

**Humboldt Growers Network,
Tobias Dodge,
Steve Dodge
c/o Ross B. Jones
131A Stony Circle #500
Santa Rosa, CA 95401**

**What is the nature of the claim?**    **Claim 4-1**    **$336,590.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No

☐ Yes. Total claim (secured and unsecured)

     Value of security:    -

     Unsecured claim

Contact

Contact phone

---

**5**

**Humboldt Growers Network,
Tobias Dodge,
Steve Dodge
c/o Ross B. Jones**

**What is the nature of the claim?**    **LimitedClaims Judgment - MCV-251745 | Humboldt Growers Network, a California Corporation vs Piner Partners, a California general partnership**    **$58,006.50**

---

Case: 25-40890    Doc# 83    Filed: 11/21/25    Entered: 11/21/25 14:17:21    Page 2 of 6

131A Stony Circle #500
Santa Rosa, CA 95401

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**6**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**     Claim 1-1      $442,682.54

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**7**

**Jamie Addington**
**298 St. James Drive**
**Oakland, CA 94611**

**What is the nature of the claim?**     **298 Saint James Drive**      $500,000.00
**Piedmont, CA 94611**
**Alameda County**
**APN:  51-4813-17**
**4 bedrooms**
**4,210 Sq. Feet**
**Purchased 11/10/2015.**
**Owner is "David**
**Preston**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured)      **$500,000.00**
    Value of security:    - **$2,346,000.00**
    Unsecured claim      **$500,000.00**

Contact

Contact phone

---

**8**

**Michael P Scott**
**P.O. Box 3802**
**Santa Rosa, CA 95402**

**What is the nature of the claim?**     **legal representation**      $12,646.57

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                     -
  - Unsecured claim

---

**9**

**Ridgeway Distribution, LLC**
**Attn: John Dixon**
**1480 Moraga Rd.**
**Moraga, CA 94556**

**What is the nature of the claim?**    **litigation award Addington et al v. Ridgeway Distribution, LLC et al and related cross actions, Sonoma County Superior Court Case No. SCV-264723**    **$58,006.50**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                     -
  - Unsecured claim

Contact

Contact phone

---

**10**

**Ross B. Jones, Esq.**
**131A Stony Circle #500**
**Santa Rosa, CA 95401**

**What is the nature of the claim?**    **litigation award**    **$9,441.95**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                     -
  - Unsecured claim

Contact

Contact phone

---

**11**

**Ross B. Jones, Esq.**
**131A Stony Circle #500**
**Santa Rosa, CA 95401**

**What is the nature of the claim?**    **litigation award**    **$9,441.95**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                     -
  - Unsecured claim

Contact

Contact phone

---

**12**

**Susan Babb**
**3550 Round Barn Blvd.**
**Santa Rosa, CA 95403**

**What is the nature of the claim?**     **litigation award**     **$7,204.49**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:     - _____
    Unsecured claim      _____

Contact _____

Contact phone _____

---

**13**

**Susan Torrano**
**c/o Susan Babb**
**3550 Roudn Barn, Suie 312**
**Santa Rosa, CA 95402**

**What is the nature of the claim?**     _____     **$70,888.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:     - _____
    Unsecured claim      _____

Contact _____

Contact phone _____

---

**14**

**Tobias Dodge**
**c/o Ross B. Jones, Attorney at law**
**131A Stony Circle, #500**
**Santa Rosa, CA 95401**

**What is the nature of the claim?**     **298 Saint James Drive**     **$2,580,000.00**
**Piedmont, CA 94611**
**Alameda County**
**APN: 51-4813-17**
**4 bedrooms**
**4,210 Sq. Feet**
**Purchased 11/10/2015.**
**Owner is "David**
**Preston**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured)     **$2,580,000.00**
    Value of security:     - **$2,346,000.00**
    Unsecured claim      **$2,580,000.00**

Contact _____

Contact phone _____

---

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ David Preston Addington** _____        X _____

Debtor 1     **David Preston Addington**                          Case number *(if known)*    **25-40890**

**David Preston Addington**                                      Signature of Debtor 2
Signature of Debtor 1

Date     **November 21, 2025**                                   Date _____

Case: 25-40890   Doc# 83   Filed: 11/21/25   Entered: 11/21/25 14:17:21   Page 6 of 6