MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
**BELVEDERE LEGAL, PC**
1777 Borel Place, Suite 314
San Mateo, CA 94402
t. (415) 513-5980
f. (415) 513-5985

Attorney for Debtor-in-Possession
David Preston Addington

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 25-40890 WJL 11 |
| DAVID PRESTON ADDINGTON | Chapter 11 |
|     Debtor. | A.P. No. 25-04032 |
| SSN: XXX-XX-3795 | **STIPULATION TO COMPROMISE MOTION TO RECONSIDER ORDER OVERRULING OBJECTIONS [DKT # 102] RE OBJECTION TO CLAIM 3-1 FILED BY TOBIAS DODGE AS A DUPLICATE OF CLAIM 2-1 FILED BY HUMBOLDT GROWERS NETWORK, INC.** |
| | Date: |
| | Time: |
| | Place: In Person |
| |         or via Zoom/AT&T Teleconference |
| |         Courtroom 220 |
| |         1300 Clay St., Room 220 |
| |         Oakland, California |
| |     Judge: Hon. William J. Lafferty, III |

Debtor-in-Possession David Preston Addington ("Debtor") and creditors Tobias Dodge and Humboldt Growers Network, Inc. (collectively "Parties"), hereby enter, by and through counsel, and subject to Court approval, the instant *Stipulation to Compromise Motion to Reconsider Order*

*Overruling Objections [Dkt # 102] Re Objection to Claim 3-1 Filed by Tobias Dodge as A Duplicate of Claim 2-1 Filed by Humboldt Growers Network, Inc.*, ("Stipulation").

**Recitals**

A.      On May 20, 2026, Debtor filed the *Motion to Reconsider Order Overruling Objections [Dkt # 102] Re Objection to Claim 3-1 Filed by Tobias Dodge as A Duplicate of Claim 2-1 Filed by Humboldt Growers Network, Inc.*, Dkt. # 104 (the "Motion").

B.      On June 16, 2026, Tobias Dodge ("Dodge") and Humboldt Growers Network, Inc. ("HGN") filed *Creditors Memorandum of Points and Authorities in Opposition to Debtor's Motion to Reconsider Order Overruling Objections to Claim 3-1 Filed by Tobias Dodge [Dkt. # 104]*, Dkt. # 109 (the "Opposition").

C.      At the July 1, 2026 hearing, based the positions taken in the Motion and Opposition, the  Court directed the parties to resolve the Motion via a stipulation.

D.      The Parties have stipulated to resolve the Motion and Opposition, as follows.

**Stipulation**

Now, therefore, the Parties hereby agree:

1.      Recitals A-D are hereby incorporated into this stipulation.

2.       Claim 2-1 filed by Humboldt Growers Network, Inc. ("HGN") is allowed at the claimed amount of $2,580,000.00.

3.      Claim 3-1 filed by Tobias Dodge ("Dodge") is allowed at the claimed amount of $2,580,000.00.

4.      Tobias Dodge and HGN do not seek double recovery. The parties stipulate to an Order clarifying that Claim 3-1 does not seek to duplicate the recovery under Claim 2-1.

5.      The total allowed amounts of Claim 2-1 and Claim 3-1, jointly and severally, is $2,580,000.00.

6.      In a Chapter 11 plan of reorganization, Debtor may classify Claim 2-1 and Claim 3-1 together as a single claim allowed at $2,580,000.00.

/ / / SIGNATURES FOLLOW ON NEXT PAGE.

**IT IS SO STIPULATED:**

Dated: July  13 , 2026           **BELVEDERE LEGAL, P.C.**

                 */s/  Matthew D. Metzger*
                   MATTHEW D. METZGER
Attorney for Defendant
David Preston Addington

Dated: July  13 , 2026           **ROSS B. JONES, ATTORNEY AT LAW**

                 */s/  Ross B. Jones*
                   ROSS B. JONES
Attorneys for Movant
Attorneys for Plaintiffs Humboldt Growers Network, Inc., and Tobias Dodge

**CERTIFICATE OF SERVICE**

I, Matthew D. Metzger, I, the undersigned, declare that I am over the age of eighteen years and am not a party to the within-entitled action; my business address is Belvedere Legal, PC, 1777 Borel Place, Suite 314, San Mateo, CA 94402.

On July 21, 2026, I served the attached document(s) entitled:

**STIPULATION TO COMPROMISE MOTION TO RECONSIDER ORDER OVERRULING OBJECTIONS [DKT # 102] RE OBJECTION TO CLAIM 3-1 FILED BY TOBIAS DODGE AS A DUPLICATE OF CLAIM 2-1 FILED BY HUMBOLDT GROWERS NETWORK, INC.**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On **September 15, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br><br>Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee/Oak<br>jared.a.day@usdoj.gov<br><br>Stephen D. Finestone on behalf of Creditor Jamie Addington<br>sfinestone@fhlawllp.com<br><br>Ross Brian Jones on behalf of Plaintiff Humboldt Growers Network, Inc.<br>ross@rossjoneslaw.com<br><br>Office of the U.S. Trustee/Oak<br>USTPRegion17.OA.ECF@usdoj.gov |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Mateo, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 21, 2026 at San Mateo, California

Name:                  /s/ *Matthew D. Metzger*
                                   Matthew D. Metzger